Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Petitioner,
FRANCISCO PEREZ MEDINA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PEREZ MEDINA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>M. CRAMER, et al., )<br>)<br>Respondents. )<br>_____) | No. Civ. S-06-2534 LLK GGH<br><br>STIPULATION AND PROPOSED<br>ORDER CONTINUING DEADLINE<br>FOR THE FILING OF A JOINT<br>SCHEDULING STATEMENT |

In order to afford counsel for petitioner adequate time to communicate with his client and review the record, the parties hereby stipulate that the due date for the joint scheduling statement shall be continued until March 5, 2007.

DATED: January 5, 2007          /s/ Tim Warriner, Attorney for Petitioner,
                                FRANCISCO PEREZ MEDINA

DATED: January 5, 2007          /s/ Patrick Whalen, Deputy Attorney General,
                                Attorney for Respondent

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the parties shall file a joint scheduling statement by March 5, 2007.

DATED: 2/13/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

medi2534.po3