**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:  530.759.0700**
  **Facsimile:   530.759.0800**

**Attorney for Defendant**
FRANCISCO PEREZ MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO PEREZ MEDINA, | Case No. CV 06-02534 LKK GGH P |
|                 Petitioner, | |
|   vs. | STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COURT'S SCHEDULING ORDER DATED MARCH 27, 2007 |
| M. CRAMER, ET AL., | |
|                 Respondent. | |

     It is hereby stipulated and agreed to between petitioner, FRANCISCO PEREZ MEDINA, through his counsel of record, Joseph J. Wiseman, and respondent, M. CRAMER, through his counsel of record, Patrick James Whalen, Deputy Attorney General, California Attorney General's Office, that petitioner shall have an additional forty-five days from September 8, 2007 to respond to the Court's Scheduling Order dated March 27, 2007.

     The parties have entered this Stipulation on the grounds that petitioner's counsel incorrectly calendared the due date for petitioner's response, and, consequently, failed to file the response on or before September 8, 2006.

1

_____
_____

Stipulation And Proposed Order To Extend Time To Respond             CV 06-02534 LKK GGH
To Court's Scheduling Order Dated March 27, 2007

The parties agreed to this Stipulation after their respective attorneys of record met and conferred on September 10, 2007, during which petitioner's counsel advised respondent's counsel that petitioner intends to file an amended petition for writ of habeas corpus that will identify all exhausted claims as well as two unexhausted claims. Thereafter, petitioner will move the Court for an Order to stay and hold in abeyance the amended petition and grant petitioner leave to exhaust the unexhausted claims in state court. Pursuant to this Stipulation, respondent reserves the right to raise all legal objections to petitioner's request for an order staying and holding in abeyance the federal petition.

Dated: September 10, 2007          Respectfully submitted,

                                    JOSEPH J. WISEMAN, P. C.


                                    By:    /s/ Joseph J. Wiseman
                                           JOSEPH J. WISEMAN
                                           Attorney for Petitioner
                                           FRANCISCO PEREZ MEDINA


Dated: September 10, 2007          California Attorney General's Office

                                    By:    /s/ Patrick James Whalen
                                           PATRICK JAMES WHALEN
                                           Deputy Attorney General
                                           Attorney for Respondent
                                           M. CRAMER


**ORDER**

Pursuant to stipulation of the parties and with the court's modification below, IT IS HEREBY ORDERED THAT:

    1.    Should petitioner elect to proceed on the original petition, petitioner must so inform the court, as well as file any supplemental memorandum of points and authorities on or before October 23, 2007, *with no further extension*;

2

_____

    2.    Should petitioner elect to proceed upon an amended petition of exhausted claims only, petitioner must file the amended petition on or before October 23, 2007, *with no further extension.*

    3.    If petitioner proceeds as set forth either under no. 1 or no. 2 above, respondent must file an answer or dispositive motion within 60 days thereafter; petitioner must file any reply or opposition, as appropriate, within 30 days of service of respondent's responsive pleading; if respondent filed a motion, respondent will have 15 days after service of an opposition to file a reply.

    4.    Should petitioner identify unexhausted claims which petitioner will seek to exhaust, petitioner shall file an amended petition, on or before October 23, 2007, *with no further extension*, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which petitioner would seek to exhaust. Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims, on or before October 23, 2007, *with no further extension*; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

    5.    Should respondent object to any motion for a stay of proceedings by petitioner to pursue unexhausted claims, respondent must file any opposition to such a motion within 30 days of service thereof; thereafter, petitioner has 15 days to file any reply.

    6.    If petitioner intends to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so by no later than October 23, 2007, *with no further extension*; if respondent opposes any such motion respondent must do so within 30 days thereafter; petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

    7.    If petitioner chooses to move for an evidentiary hearing, petitioner must do so at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing, respondent must file any opposition within 30 days of service of the motion, and petitioner must file any reply within 15 days of service of any opposition.

Dated: 9/13/07                        /s/ Gregory G. Hollows
                                        U.S. Magistrate Judge

medi2534.po6

3