IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PEREZ MEDINA,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>M. CRAMER, et al.,<br><br>　　　　　　　　　　　Respondents. | CIV S-06-2534 LKK GGH P<br><br>**ORDER GRANTING RESPONDENT'S REQUEST TO REVISE THE BRIEFING SCHEDULE RELATING TO PETITIONER'S MOTION FOR STAY AND TO VACATE HEARING DATE** |

**PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN,** the court grants respondent's request to revise the briefing schedule relating to Petitioner's motion for stay and to vacate the current hearing date. Respondent is granted an enlargement of time of 60 days to and including January 25, 2008, to file a response to the motion for stay. Petitioner is ordered to file any reply within 15 days after the filing of the response. **Petitioner must re-notice the motion for hearing on the court's law and motion calendar, pursuant to Local Rule 78-230, within 20 days, allowing for the filing time extensions granted herein**.

Dated: 11/29/07

　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge