**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone: 530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
FRANCISCO PEREZ MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO PEREZ MEDINA,<br><br>                    Petitioner,<br><br>     vs.<br><br>M. CRAMER, ET AL.,<br><br>                    Respondent. | Case No. CV 06-02534 LKK GGH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO RESPONDENT'S OPPOSITION TO MOTION TO STAY AND HOLD IN ABEYANCE AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

It is hereby stipulated and agreed to between Petitioner, FRANCISCO PEREZ MEDINA, through his counsel of record, Joseph J. Wiseman, and Respondent, M. CRAMER, through his counsel of record, Ward A. Campbell, Deputy Attorney General, California Attorney General's Office, that Petitioner shall have an additional twelve days from February 8, 2008 to reply to Respondent's Opposition.

/ / / / /

/ / / / /

/ / / / /

1

---

Stipulation And Proposed Order To Extend Time To Reply To
Respondent's Opposition.                                                                                   CV 06-02534 LKK GGH

The parties have entered this Stipulation on the grounds that Petitioner's counsel has been called out of town to attend to his mother, who is critically ill in the hospital.

Dated: February 7, 2008          Respectfully submitted,

JOSEPH J. WISEMAN, P. C.

By:   /s/ Joseph J. Wiseman
      JOSEPH J. WISEMAN
      Attorney for Petitioner
      FRANCISCO PEREZ MEDINA


Dated: February 7, 2008          California Attorney General's Office

By:   /s/ Ward A. Campbell
      WARD A. CAMPBELL
      Deputy Attorney General
      Attorney for Respondent
      M. CRAMER

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the due date for petitioner to file his Reply in the above-captioned case is extended twelve (12) days to February 20, 2008.

Dated: 02/13/08                  /s/ Gregory G. Hollows

medi2534.stp

2

_____

Stipulation And Proposed Order To Extend Time To Reply To          CV 06-02534 LKK GGH
Respondent's Opposition.