**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:  530.759.0700**
  **Facsimile:   530.759.0800**

**Attorney for Defendant**
FRANCISCO PEREZ MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO PEREZ MEDINA,<br><br>                              Petitioner,<br><br>        vs.<br><br>M. CRAMER, ET AL.,<br><br>                              Respondent.<br><br>_____ | ) Case No. CV 06-02534 LKK GGH<br>)<br>)<br>)<br>) **STIPULATION AND PROPOSED**<br>) **ORDER TO CONTINUE HEARING ON**<br>) **PETITIONER'S MOTION**<br>) **TO STAY AND HOLD IN ABEYANCE**<br>) **AMENDED PETITION FOR WRIT OF**<br>) **HABEAS CORPUS**<br>)<br>) Date:  February 21, 2008<br>) Time: 10:00 A.M.<br>) Judge: Gregory G. Hollows<br>)<br>)<br>) |

        It is hereby stipulated and agreed to between Petitioner, FRANCISCO PEREZ MEDINA,

through his counsel of record, Joseph J. Wiseman, and Respondent, M. CRAMER, through his

counsel of record, Ward A. Campbell, Deputy Attorney General, California Attorney General's

1

_____medi2534.ost_____

_____

Stipulation And Proposed Order To Continue Hearing on                                    CV 06-02534 LKK GGH
Petitioner's Motion to Stay and Hold in Abeyance Amended
Petition for Writ of Habeas Corpus

Office, that the hearing on petitioner's Motion to Stay and Hold in Abeyance Amended Petition for Writ of Habeas Corpus be continued to March 13, 2008 at 10:00 a.m.

The parties have entered this Stipulation on the grounds that petitioner's Reply to Respondent's Opposition to the Motion is due on February 20, 2008, and the parties need additional time to prepare for the hearing.

Dated: February 19, 2008   Respectfully submitted,

JOSEPH J. WISEMAN, P. C.


By: /s/ Joseph J. Wiseman
   JOSEPH J. WISEMAN
   Attorney for Petitioner
   FRANCISCO PEREZ MEDINA


Dated: February 19, 2008   California Attorney General's Office

By: /s/ Ward A. Campbell
   WARD A. CAMPBELL
   Deputy Attorney General
   Attorney for Respondent
   M. CRAMER


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Hearing on Petitioner's Motion to Stay and Hold in Abeyance Amended Petition for Writ of Habeas Corpus be continued to March 13, 2008, at 10:00 a.m.

Dated: 02/19/08   /s/ Gregory G. Hollows
      U.S. Magistrate judge


2

_____medi2534.ost_____

_____

Stipulation And Proposed Order To Continue Hearing on    CV 06-02534 LKK GGH
Petitioner's Motion to Stay and Hold in Abeyance Amended
Petition for Writ of Habeas Corpus