IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO PEREZ MEDINA,** | CIV S-06-2534 LKK GGH P |
| Petitioner, | **ORDER GRANTING RESPONDENT'S UNOPPOSED REQUEST TO CONTINUE HEARING ON PETITIONER'S MOTION TO STAY AND HOLD IN ABEYANCE AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **M. CRAMER, et al.,** | |
| Respondents. | |

GOOD CAUSE SHOWING, the court grants Respondent's unopposed request to continue the hearing on Petitioner's motion to stay and hold in abeyance amended petition for writ of habeas corpus to 10:00 A.M. on Thursday, April 10, 2008.

Dated: 02/27/08                 /s/ Gregory G. Hollows
                                *U.S. Magistrate Judge*

medi2534.po

[Proposed] Order