IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO PEREZ MEDINA,

    Petitioner,        No. CIV S-06-2534 LKK GGH P

    vs.

M. CRAMER, et al.,

    Respondents.        ORDER

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 4, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed September 4, 2008, are adopted in full;

2. Petitioner's amended motion for a stay and abeyance, filed on 12/20/07 (#33), is denied, and claims 5 and 6 are stricken from the amended petition;

3. This matter shall proceed on the amended petition as to claims 1 through 4 only; and

4. Respondent is directed to file an answer within 30 days, and, thereafter, petitioner is granted 30 days to file a reply/traverse.

DATED: September 26, 2008.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```