**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:  530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
FRANCISCO PEREZ MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO PEREZ MEDINA,<br><br>                    Petitioner,<br><br>     vs.<br><br>M. CRAMER, ET AL.,<br><br>                    Respondent. | Case No. CV 06-02534 LKK GGH<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON RESPONDENT'S MOTION TO DISMISS**<br><br>Date:  December 11, 2008<br>Time: 10:00 A.M.<br>Judge: Honorable Gregory G. Hollows |

It is hereby stipulated and agreed to between Petitioner, FRANCISCO PEREZ MEDINA, through his counsel of record, Joseph J. Wiseman, and Respondent, M. CRAMER, through his counsel of record, Ward A. Campbell, Deputy Attorney General, California Attorney General's Office, that the hearing on respondent's Motion to Dismiss be continued to February 5, 2009 at 10:00 a.m.

The parties have entered this Stipulation on the grounds that petitioner's Reply to Respondent's Motion to Dismiss is due on November 28, 2008, and the petitioner's counsel needs additional time to review Motion with client and to prepare for the hearing.

Dated: November 24, 2008   Respectfully submitted,

JOSEPH J. WISEMAN, P. C.

By:   /s/ Joseph J. Wiseman
      JOSEPH J. WISEMAN
      Attorney for Petitioner
      FRANCISCO PEREZ MEDINA

Dated: November 24, 2008   California Attorney General's Office

By:   /s/ Ward A. Campbell
      WARD A. CAMPBELL
      Deputy Attorney General
      Attorney for Respondent
      M. CRAMER

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Hearing on Respondent's Motion to Dismiss be continued to February 5, 2009, at 10:00 a.m.

Dated: December 9, 2008              /s/ Gregory G. Hollows

                                     GREGORY G. HOLLOWS
                                     UNITED STATES DISTRICT JUDGE

Medi2534.eot

2