IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PEREZ MEDINA,<br><br>                              Petitioner,<br><br>     v.<br><br>M. CRAMER, et al.,<br><br>                              Respondents. | CIV S-06-2534 LKK GGH P<br><br>**ORDER** |

This matter is currently scheduled for hearing on respondents' motion to dismiss for February 5, 2009.

FOR GOOD CAUSE, and pursuant to the stipulation of the parties filed on February 3, 2009, the court orders that this matter be removed from the hearing calendar on February 5, 2009 and that respondents' motion to dismiss be submitted on the pleadings on file.

Dated: February 4, 2009

                                                                   /s/ Gregory G. Hollows
                                                                 The Honorable Gregory G. Hollows

medi2534.sub

[Proposed] Order