IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO PEREZ MEDINA,

    Petitioner,        No. CIV S-06-2534 LKK GGH P

  vs.

M. CRAMER, et al.,

    Respondents.       ORDER

_____/

        Pursuant to the stipulation and court order of February 4, 2009, petitioner has ten (10) days to respond to respondent's motion to dismiss filed October 28, 2008.

        Accordingly, IT IS HEREBY ORDERED that petitioner file a response to the motion to dismiss within ten (10) days of service of this order.

DATED: April 10, 2009

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

medi2534.ord